| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harpool, Mark D. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>222 N. John Q. Hammons Parkway<br>Springfield, MO 65806 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Residual Fees-Former interest in Baird, Lightner, Millsap & Harpool, P.C. (now known as Barid, Lightner, Millsap, P.C.) | $3,040.00 |
| 2. 2017 | State of Missouri Retirement (MOSERS) | $12,839.64 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Spouse is self-employed, in-home child care |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Bank of the Ozarks (bank changed name - was Empire Bank) | Mortgage loan on rental property | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   ADOBE SYSTEMS INC - ADBE | | None | | | Buy | 01/12/17 | K | | |
| 2. | | | | | Sold | 01/25/17 | K | B | |
| 3.   A G N C INVESTMENT C - AGNC | A | Dividend | | | Buy | 02/17/17 | K | | |
| 4. | | | | | Sold (part) | 03/01/17 | K | A | |
| 5. | | | | | Buy (add'l) | 03/14/17 | K | | |
| 6. | | | | | Buy (add'l) | 03/15/17 | K | | |
| 7. | | | | | Sold (part) | 04/03/17 | K | B | |
| 8. | | | | | Buy (add'l) | 05/25/17 | K | | |
| 9. | | | | | Sold | 06/02/17 | K | A | |
| 10.  ALIBABA GROUP HLDG ADR FSPONSORED ADR 1 ADR REPS 1 ORD - BABA | | None | L | T | Sold (part) | 01/12/17 | K | A | |
| 11. | | | | | Sold (part) | 08/01/17 | K | D | |
| 12. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 13. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 14.  ALPHABET INC (Class A) - GOOGL | | None | J | T | Sold (part) | 07/31/17 | K | D | |
| 15. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 16. | | | | | Sold (part) | 10/27/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold (part) | 12/20/17 | J | B | |
| 18. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 19. Ameritrade Cash Reserves MMDA12 | A | Interest | J | T | | | | | |
| 20. AMERICAN FD NEW PERSPECTIVE CL F1 - NPFFX | B | Dividend | | | Buy | 07/14/17 | J | | |
| 21. | | | | | Buy (add'l) | 07/17/17 | K | | |
| 22. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 23. | | | | | Sold | 12/26/17 | K | A | |
| 24. APPLE INC- AAPL common stock | B | Dividend | J | T | Sold (part) | 12/20/17 | J | C | |
| 25. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 26. BANK OF AMERICA - SAVINGS | A | Interest | J | T | | | | | |
| 27. BANK OF AMERICA ACCOUNTS - cash/ checking | A | Interest | J | T | | | | | |
| 28. BLACKSTONE GROUP LP LP - BX | D | Int./Div. | L | T | Sold (part) | 02/16/17 | K | A | |
| 29. | | | | | Sold (part) | 03/01/17 | K | A | |
| 30. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 31. | | | | | Sold (part) | 03/15/17 | K | A | |
| 32. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 33. | | | | | Buy (add'l) | 05/08/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold (part) | 05/24/17 | K | B | |
| 35. | | | | | Buy (add'l) | 08/17/17 | K | | |
| 36. | | | | | Buy (add'l) | 11/13/17 | K | | |
| 37. | | | | | Sold (part) | 11/21/17 | K | B | |
| 38. BROADCOM LTD - AVGO | | None | | | Buy | 01/12/17 | K | | |
| 39. | | | | | Sold | 01/23/17 | K | B | |
| 40. | | | | | Buy | 09/19/17 | K | | |
| 41. | | | | | Sold | 10/10/17 | K | A | |
| 42. Charles Schwab Checking | A | Interest | J | T | | | | | |
| 43. Charles Schwab Money Shares | A | Interest | L | T | | | | | |
| 44. CISCO SYSTEMS INC - CSCO | | None | | | Buy | 05/31/17 | K | | |
| 45. | | | | | Sold | 06/14/17 | K | A | |
| 46. DELTA AIR LINES INC - DAL | | None | | | Buy | 05/26/17 | J | | |
| 47. | | | | | Sold | 06/02/17 | J | A | |
| 48. DFA COMMODITY STRATEGY PTF - DCMSX | A | Int./Div. | J | T | | | | | |
| 49. DFA EMERGING MKTS - DFEMX | A | Int./Div. | J | T | Sold (part) | 06/08/17 | J | A | |
| 50. | | | | | Sold (part) | 08/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. DFA EMERGING MKTS VALUE PTF - DFEVX | A | Int./Div. | J | T | Sold (part) | 03/09/17 | J | A | |
| 52. | | | | | Sold (part) | 08/16/17 | J | A | |
| 53. DFA INT'L SM CP - DFISX | A | Int./Div. | J | T | Sold (part) | 06/08/17 | J | A | |
| 54. DFA INT'L SM CP VAL - DISVX | A | Int./Div. | J | T | Sold (part) | 06/08/17 | J | A | |
| 55. DFA INT'L VALUE - DFIVX | B | Int./Div. | K | T | Sold (part) | 03/09/17 | J | A | |
| 56. | | | | | Sold (part) | 06/08/17 | J | A | |
| 57. | | | | | Sold (part) | 08/16/17 | J | A | |
| 58. | | | | | Sold (part) | 12/13/17 | J | A | |
| 59. DFA US LG CAP VAL - DFLVX | B | Int./Div. | K | T | Sold (part) | 03/09/17 | J | A | |
| 60. | | | | | Sold (part) | 12/13/17 | J | A | |
| 61. DFA US MICRO - DFSCX | A | Int./Div. | J | T | Sold (part) | 12/13/17 | J | A | |
| 62. DFA US SM CAP - DFSTX | A | Int./Div. | J | T | Sold (part) | 03/09/17 | J | A | |
| 63. DFA US SMALL CP - DFSVX | A | Int./Div. | J | T | | | | | |
| 64. ETHEREREUM (cryptocurrency) | | None | K | T | Buy | 06/29/17 | J | | |
| 65. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 66. | | | | | Buy (add'l) | 08/12/17 | J | | |
| 67. | | | | | Buy (add'l) | 11/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. FACEBOOK INC CLASS A - FB | | None | K | T | Sold (part) | 01/12/17 | J | A | |
| 69. | | | | | Sold (part) | 01/17/17 | K | B | |
| 70. | | | | | Sold (part) | 03/01/17 | K | C | |
| 71. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 72. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 73. | | | | | Sold (part) | 07/31/17 | K | B | |
| 74. | | | | | Buy (add'l) | 08/17/17 | K | | |
| 75. | | | | | Sold (part) | 12/20/17 | J | B | |
| 76. FEDERATED HIGH YLD - FIHBX | A | Int./Div. | J | T | Sold (part) | 08/16/17 | J | A | |
| 77. FEDERATED TOTAL RT BOND - FTRBX | A | Int./Div. | J | T | | | | | |
| 78. FEDERATED ULTRA SHRT - FULIX | A | Int./Div. | J | T | | | | | |
| 79. FIREEYE INC - FEYE | | None | | | Buy | 05/12/17 | J | | |
| 80. | | | | | Sold | 05/15/17 | K | B | |
| 81. FORD MOTOR COMPANY - F | A | Dividend | | | Buy | 04/13/17 | K | | |
| 82. | | | | | Sold | 04/21/17 | K | A | |
| 83. FRONTIER COMM CO - FTR | A | Dividend | | | Buy (add'l) | 02/10/17 | K | | |
| 84. | | | | | Buy (add'l) | 03/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 85. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 86. | | | | | Sold (part) | 03/16/17 | J | A | |
| 87. | | | | | Buy (add'l) | 05/08/17 | K | | |
| 88. | | | | | Sold (part) | 05/19/17 | J | A | |
| 89. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 90. | | | | | Sold (part) | 06/13/17 | J | A | |
| 91. | | | | | Sold | 06/29/17 | K | A | |
| 92. GILEAD SCIENCES INC - GILD | | None | | | Buy (add'l) | 01/17/17 | K | | |
| 93. | | | | | Sold | 02/10/17 | K | A | |
| 94. JANUS HENDERSON GLBL Life Sciences T - JAGLX | A | Dividend | | | Buy | 07/10/17 | K | | |
| 95. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 96. | | | | | Sold | 12/20/17 | K | A | |
| 97. JANUS HENDERSON GLBL Tech T - JAGTX | B | Dividend | K | T | Buy | 07/13/17 | K | | |
| 98. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 99. JD.COM INC A ADR - JD | | None | | | Buy | 05/08/17 | K | | |
| 100. | | | | | Buy (add'l) | 05/09/17 | K | | |
| 101. | | | | | Sold (part) | 05/30/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 06/13/17 | K | A | |
| 103. | | | | | Buy (add'l) | 06/20/17 | K | | |
| 104. | | | | | Sold | 06/29/17 | K | A | |
| 105. JOHNSON & JOHNSON - JNJ | A | Dividend | | | Buy | 02/16/17 | K | | |
| 106. | | | | | Sold | 03/01/17 | K | B | |
| 107. LSC COMMUNICATIONS - LKSD (spinoff from RR Donnelley & Sons - RRD) | A | Dividend | | | Sold | 03/01/17 | K | A | |
| 108. MICRON TECHNOLOGY - MU | | None | | | Buy | 10/13/17 | K | | |
| 109. | | | | | Sold | 10/27/17 | K | A | |
| 110. MICROSOFT CORP - MSFT | | None | | | Buy | 06/09/17 | J | | |
| 111. | | | | | Sold | 06/13/17 | J | A | |
| 112. MOST 529 PLAN - Moderage Age-Based Opt Vanguard Growth | B | Dividend | K | T | | | | | |
| 113. PIMCO FOREIGN BOND - PFUIX | A | Int./Div. | J | T | | | | | |
| 114. RR DONNELLEY & SONS - RRD | A | Dividend | | | Sold (part) | 02/17/17 | J | A | |
| 115. | | | | | Sold (part) | 03/01/17 | K | A | |
| 116. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 117. | | | | | Sold | 12/27/17 | J | A | |
| 118. SALESFORCE COM - CRM | | None | | | Sold (part) | 02/17/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 03/16/17 | J | A | |
| 120. | | | | | Sold | 04/21/17 | K | B | |
| 121.  SCHWAB BANK DDA ACCOUNT | A | Interest | J | T | | | | | |
| 122.  SNAP INC A - SNAP | | None | | | Buy | 03/07/17 | K | | |
| 123. | | | | | Sold | 03/08/17 | K | B | |
| 124. | | | | | Buy | 04/06/17 | K | | |
| 125. | | | | | Sold | 04/07/17 | K | A | |
| 126.  SPDR GLOBAL REAL ESTATE ETF - RWO | A | Int./Div. | J | T | | | | | |
| 127.  T ROWE PRICE FINANCIAL Services Fund Inv - PRISX | B | Dividend | K | T | Buy | 07/10/17 | K | | |
| 128. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 129. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 130.  TWILIO INC Class A - TWLO | | None | K | T | Buy (add'l) | 02/17/17 | J | | |
| 131. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 132. | | | | | Sold (part) | 03/15/17 | J | A | |
| 133. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 134. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 135. | | | | | Sold (part) | 05/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 07/07/17 | K | A | |
| 137. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 138. | | | | | Sold (part) | 08/31/17 | K | A | |
| 139. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 140. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 141. VERIZON COMMUNICATIONS - VZ - common stock | A | Dividend | | | Buy | 06/27/17 | J | | |
| 142. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 143. | | | | | Sold | 07/12/17 | K | A | |
| 144. VGD DEVELOPED MKTS - VDVIX (converted to VTMGX) | A | Dividend | | | Sold | 03/09/17 | J | | See Note Part VIII |
| 145. VANGUARD DEVELOPED MKTS INDEX ADMIRAL - VTMGX (Class conv VDVIX) | A | Int./Div. | K | T | Sold (part) | 09/12/17 | J | A | See Note Part VIII |
| 146. VGD GROWTH - VIGRX | A | Int./Div. | K | T | Sold (part) | 03/09/17 | J | A | |
| 147. | | | | | Sold (part) | 08/16/17 | J | A | |
| 148. | | | | | Sold (part) | 12/13/17 | J | A | |
| 149. VGD S&P 500 INDEX - VOO | A | Int./Div. | K | T | Sold (part) | 03/09/17 | J | A | |
| 150. | | | | | Sold (part) | 08/16/17 | J | A | |
| 151. | | | | | Sold (part) | 10/12/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. VGD SHORT TERM - VFSTX | A | Int./Div. | K | T | | | | | |
| 153. VGD SHORT TERM TIP - VTIP | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. - Interest earned on bank accounts at a particular banking institution were combined into one entry for the entire year.

Part VII. - Dividends and capital gains on individual stocks were combined into one entry for that stock for the year.

Part VII. - Lines 144 and 145 - All shares of Line 144 VGD DEVELOPED MKTS - VDVIX converted to Line 145 VANGUARD DEVELOPED MKTS INDEX ADMIRAL - VTMGX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544